IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**DILLON GREEN, individually and
on behalf of all others similarly situated**                          **PLAINTIFF**

**v.**                     **CASE NO. 2:22-CV-00069-BSM**

**BOARS HEAD PROVISIONS CO., INC.**                               **DEFENDANT**

## JUDGMENT

Consistent with the order entered today, this case is dismissed with prejudice.

IT IS SO ORDERED this 10th day of June, 2022.

_____
UNITED STATES DISTRICT JUDGE